DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

UPPERDECK CAPITAL MANAGEMENT, LLC; and WWCD, LLC,

Appellants,

v.

MACDILL ENTERTAINMENT, LLC,

Appellee.

No. 2D22-2023
————————————————

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Matthew J. Conigliaro of Carlton Fields, P.A., Tampa, for Appellants.

Marie A. Borland, Gregory P. Brown, and A. Evan Dix of Hill Ward Henderson, P.A., Tampa, for Appellee.

PER CURIAM.


    Affirmed.


VILLANTI, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.